1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEION GRIFFIN,                              No.  2:13-cv-2146 CKD P

12                   Petitioner,

13         v.                                      ORDER

14    COUNTY OF SACRAMENTO,

15                   Respondent.

16

17         Mr. Griffin has submitted a document to the court which the Clerk of the Court construed

18    as a petition for writ of habeas corpus under 28 U.S.C. § 2254.  Review of the document reveals

19    that is it is a petition for collateral relief intended for the Superior Court of Sacramento County.

20    Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court return to Mr.

21    Griffin the document he filed with the court on October 16, 2013 and close this case.

22    Dated:  October 21, 2013

23                                            _____
                                              CAROLYN K. DELANEY
24                                            UNITED STATES MAGISTRATE JUDGE

25

26

27    1
      grif2146.rt
28