UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEION GRIFFIN, | No.  2:13-cv-2146 CKD P |
| Petitioner, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Respondent. | |

    Mr. Griffin has submitted a document to the court which the Clerk of the Court construed as a petition for writ of habeas corpus under 28 U.S.C. § 2254.  Review of the document reveals that is it is a petition for collateral relief intended for the Superior Court of Sacramento County. Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court return to Mr. Griffin the document he filed with the court on October 16, 2013 and close this case.

Dated: October 21, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
grif2146.rt